FILED

10/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0268

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0268

_____

MONTANA TROUT UNLIMITED, TROUT
UNLIMITED, MONTANA ENVIRONMENTAL
INFORMATION CENTER, EARTHWORKS, and
AMERICAN RIVERS,

      Petitioners and Appellants,

  v.

MONTANA DEPARTMENT OF NATURAL
RESOURCES AND CONSERVATION and
TINTINA MONTANA, INC.,

      Respondents and Appellees.

_____

O R D E R

Upon consideration of Appellants' motion for an extension of time to file their reply brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellants have until December 6, 2023, to file their reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 24 2023